UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VOELKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRUCO, et al.,<br><br>    Defendants. | Case No. 18-cv-06554-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 7 |

This case was reassigned to the undersigned judge on December 12, 2018. On that same day, Magistrate Judge Corley issued a Report and Recommendation recommending that the Court dismiss the complaint for lack of subject matter jurisdiction. No party has filed a response to the Report and Recommendation.

The Court has considered the Report and Recommendation and agrees with and adopts the Magistrate Judge's reasoning. Accordingly, the Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
SUSAN ILLSTON
United States District Judge