UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VOELKER, et al., | Case No. 18-cv-06554-SI |
| Plaintiffs, | |
| v. | JUDGMENT |
| PRUCO, et al., | |
| Defendants. | |

This case has been dismissed without prejudice for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 7, 2019

SUSAN ILLSTON
United States District Judge